UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-222-RJC
(3:05-cr-227-RJC-DCK-1)

| | |
|---|---|
| AVERY SHANDEL JAMES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **CORRECTED ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on the Government's Motion for an Extension of Time to file a Reply, (Doc. No. 15). The United States explains that the Department of Justice has been partially shut down since December 21, 2018, and the Assistant United States Attorney handling this matter has been furloughed since that date and expects to be furloughed until the partial shutdown ends. The United States seeks a 15-day enlargement of time from the date the government furlough ends in which to file a Reply to Petitioner's Response to the Motion to Dismiss. The Government's Motion will be granted for good cause shown.

**IT IS HEREBY ORDERED** that the United States' Motion for an Extension of Time, (Doc. No. 15), is **GRANTED** until 15 days after counsel's furlough due to the partial government shutdown ends.

Signed: January 28, 2019

Robert J. Conrad, Jr.
United States District Judge